# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Seguro Medico, LLC and Arthur
Wayne Walsh,
                          Petitioners

                      v.

Michael Humphreys, in his official
capacity as Acting Commissioner of
the Pennsylvania Department of
Insurance, David Buono, in his
official capacity as Acting Deputy
Insurance Commissioner, Michael
Fissel, in his official capacity as the
Chief of the Department of Insurance
Field Investigations/Enforcement
Bureau, and the Commonwealth of
Pennsylvania Department of
Insurance,
                        Respondents

No. 293 M.D. 2023

**PER CURIAM**                 **O R D E R**

     **NOW**, March 12, 2024, Respondents' "Application to Report Unreported Opinion," to which no response was filed, is **GRANTED**. The above-captioned Memorandum Opinion, filed January 3, 2024, shall be designated OPINION and shall be REPORTED.